UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>GONZALEZ, IRMA L<br><br>DEZUTEL, IRMA L<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-6424  54-6800729<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-72409 MB<br><br>HONORABLE  MANUEL BARBOSA |
|---|---|

NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **February 25, 2009** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 2,156.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 2,430.12 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 32.07 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 16,801.21

    b. Disbursements      $ 1,680.00

    c. Net Cash Available for Distribution      $ 15,121.21

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $10,503.02, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $50,064.20.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    <u>   1/19/09   </u>                  <u>s/s Joseph D. Olsen</u>
    DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 1         Date Rcvd: Jan 30, 2009
Case: 08-72409                Form ID: pdf002             Total Served: 18

The following entities were served by first class mail on Feb 01, 2009.
db           +Irma L Gonzalez,    116 Dodge Avenue,    Dekalb, IL 60115-3916
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +K. O. Johnson,    Law Office of K.O. Johnson,    901 N. First Street,    Dekalb, IL 60115-2380
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12463176     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12747324     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12463177     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12463178     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13016617      FIA CARD SERVICES, NA/BANK OF AMERICA,     by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
12463179     +Fia Csna,    Po Box 17054,    Wilmington, DE 19884-0001
12463181     +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
12463182     +Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
12463183     +Kishwaukee Valley Habitat for Human,     2300 Sycamore Road #44,    Dekalb, IL 60115-2067
12717722     +Nissan Motor Acceptance Corporation,     P.O. Box 660366,,    Dallas,Texas 75266-0366
12463184     +Nissan Motor Acceptance Corporation,     P.O. Box 254648,    Sacramento, CA 95865-4648
12729065      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12549254     +Swanson, Martin & Bell LLP,    Bartolotta/Miller,    2525 Cabot Drive, Suite 204,
               Lisle, IL 60532-3628

The following entities were served by electronic transmission on Jan 30, 2009.
12463180     +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2009 22:33:44      Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998-4100
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2009**          **Signature:** _Joseph Speetjens_