# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: GONZALEZ, IRMA L | § Case No. 08-72409 |
| | § |
| DEZUTEL, IRMA L | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $143,313.92 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $10,504.16 | Claims Discharged Without Payment: $39,560.04 |
| Total Expenses of Administration: $6,298.19 | |

3) Total gross receipts of $ 16,802.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,802.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,298.19 | 6,298.19 | 6,298.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 50,064.20 | 50,064.20 | 10,504.16 |
| **TOTAL DISBURSEMENTS** | $0.00 | $56,362.39 | $56,362.39 | $16,802.35 |

4) This case was originally filed under Chapter 7 on July 30, 2008.
. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2009          By: /s/JOSEPH D. OLSEN
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Nissan Altima VEIN #1N4AL21EX8N484071 | 1129-000 | 16,800.00 |
| Interest Income | 1270-000 | 2.35 |
| **TOTAL GROSS RECEIPTS** | | **$16,802.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,430.12 | 2,430.12 | 2,430.12 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 32.07 | 32.07 | 32.07 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,156.00 | 2,156.00 | 2,156.00 |
| Terry Firch | 3620-000 | N/A | 1,680.00 | 1,680.00 | 1,680.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $6,298.19 | $6,298.19 | $6,298.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nissan Motor Acceptance Corporation | 7100-000 | N/A | 29,265.80 | 29,265.80 | 6,140.37 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,349.74 | 5,349.74 | 1,122.45 |
| CHASE BANK USA | 7100-000 | N/A | 5,097.53 | 5,097.53 | 1,069.53 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 10,351.13 | 10,351.13 | 2,171.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $50,064.20 | $50,064.20 | $10,504.16 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-72409
Case Name: GONZALEZ, IRMA L

Period Ending: 06/11/09

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 07/30/08 (f)
§341(a) Meeting Date: 09/11/08
Claims Bar Date: 01/06/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home - 116 Dodge | 140,293.92 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account at Fifth Third Bank account num | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account Fifth Third Bank # 9235091536 | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | bed | 25.00 | 0.00 | DA | 0.00 | FA |
| 6 | sofa | 35.00 | 0.00 | DA | 0.00 | FA |
| 7 | kitchen table and chairs | 60.00 | 0.00 | DA | 0.00 | FA |
| 8 | D.V.D. player | 30.00 | 0.00 | DA | 0.00 | FA |
| 9 | television | 30.00 | 0.00 | DA | 0.00 | FA |
| 10 | bedroom set | 75.00 | 0.00 | DA | 0.00 | FA |
| 11 | dresser | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | computer | 60.00 | 0.00 | DA | 0.00 | FA |
| 13 | entertainment center | 60.00 | 0.00 | DA | 0.00 | FA |
| 14 | coins of Mexico coin collection | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | misc clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 16 | wedding ring set | 200.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2000 Daewoo Lanos 90,000 miles | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2007 Nissan Altima VEIN #1N4AL21EX8N484071 | 16,875.00 | 12,000.00 | | 16,800.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.35 | FA |
| 19 | Assets    Totals (Excluding unknown values) | $160,188.92 | $12,000.00 | | $16,802.35 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     Current Projected Date Of Final Report (TFR):    January 27, 2009 (Actual)

Printed: 06/11/2009 07:23 AM    V.11.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-72409 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GONZALEZ, IRMA L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****91-65 - Money Market Account |
| Taxpayer ID #: | 54-6800729 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/11/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/08 | {18} | Action Auctioneering | proceeds from sale of vehicle | 1129-000 | 16,800.00 | | 16,800.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.04 | | 16,800.04 |
| 12/23/08 | | To Account #********9166 | Transfer funds to pay auctioneer per Ct. Order of 12/22. | 9999-000 | | 1,680.00 | 15,120.04 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 15,121.21 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,121.82 |
| 02/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.53 | | 15,122.35 |
| 02/26/09 | | To Account #********9166 | Preparation of Amended Distribution Rpt | 9999-000 | | 15,122.35 | 0.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 0.57 |
| 03/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.57 | | 0.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 0.22 |
| 04/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.22 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,802.35 | 16,802.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,802.35 | |
| | | | **Subtotal** | | 16,802.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,802.35** | **$0.00** | |

() Asset reference(s)

Printed: 06/11/2009 07:23 AM    V.11.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-72409 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GONZALEZ, IRMA L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****91-66 - Checking Account |
| Taxpayer ID #: | 54-6800729 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/11/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/08 | | From Account #********9165 | Transfer funds to pay auctioneer per Ct. Order of 12/22. | 9999-000 | 1,680.00 | | 1,680.00 |
| 12/26/08 | 101 | Terry Firch | 10% of sale of vehicle per Ct. order of 12/22/08 | 3620-000 | | 1,680.00 | 0.00 |
| 02/26/09 | | From Account #********9165 | Preparation of Amended Distribution Rpt | 9999-000 | 15,122.35 | | 15,122.35 |
| 03/05/09 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,156.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,156.00 | 12,966.35 |
| 03/05/09 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,430.12, Trustee Compensation; Reference: | 2100-000 | | 2,430.12 | 10,536.23 |
| 03/05/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $32.07, Trustee Expenses; Reference: | 2200-000 | | 32.07 | 10,504.16 |
| 03/05/09 | 105 | Nissan Motor Acceptance Corporation | Dividend paid 20.98% on $29,265.80; Claim# 1; Filed: $29,265.80; Reference: | 7100-000 | | 6,140.37 | 4,363.79 |
| 03/05/09 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 20.98% on $5,349.74; Claim# 2; Filed: $5,349.74; Reference: | 7100-000 | | 1,122.45 | 3,241.34 |
| 03/05/09 | 107 | CHASE BANK USA | Dividend paid 20.98% on $5,097.53; Claim# 3; Filed: $5,097.53; Reference: | 7100-000 | | 1,069.53 | 2,171.81 |
| 03/05/09 | 108 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 20.98% on $10,351.13; Claim# 4; Filed: $10,351.13; Reference: | 7100-000 | | 2,171.81 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 16,802.35 | 16,802.35 | $0.00 |
| Less: Bank Transfers | | 16,802.35 | 0.00 | |
| Subtotal | | 0.00 | 16,802.35 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $16,802.35 | |

Net Receipts: 16,802.35
Net Estate: $16,802.35

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****91-65 | 16,802.35 | 0.00 | 0.00 |
| Checking # ***-*****91-66 | 0.00 | 16,802.35 | 0.00 |
| | $16,802.35 | $16,802.35 | $0.00 |

{} Asset reference(s)

Printed: 06/11/2009 07:23 AM    V.11.21